C-1111431v1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:08CV125

| | |
|---|---|
| B. VITTAL SHENOY, M.D.,<br><br>**Plaintiff,**<br><br>v.<br><br>**CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, dba CAROLINAS HEALTHCARE SYSTEM, MERCY HEALTH SERVICES, INC., MERCY HOSPITAL, INC., JAMES E.S. HYNES, MICHAEL C. TARWATER, PAUL S. FRANZ, C. CURTIS COPENHAVER, WILLIAM K. BROWN, DENNIS J. PHILLIPS, CAROLINAS PATHOLOGY GROUP, P.A., EDWARD H. LIPFORD, M.D., MARIE-CLAIRE C. MARROUM, M.D., FILMON M. SEXTON, M.D., AND SANFORD P. BENJAMIN, M.D.,**<br><br>**Defendants.** | **ORDER** |

Upon the Motion of Defendants to extend the time in which they may reply to Plaintiff's Response in Opposition to CHS Defendants' Motion to Dismiss the Second Amended Complaint and CPG Defendants' Amended and Renewed Motion to Dismiss, for good cause shown and with Plaintiff's consent,

IT IS THEREFORE ORDERED that the time in which Defendants may reply to Plaintiff's Response in Opposition to CHS Defendants' Motion to Dismiss the Second Amended Complaint and CPG Defendants' Amended and Renewed Motion to Dismiss, shall be extended up to and including December 18, 2008.

Signed: December 5, 2008

Graham C. Mullen
United States District Judge