IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-125-GCM

| | | |
|---|---|---|
| B. VITTAL SHENOY,<br>        Plaintiff,<br>v.<br><br>CHARLOTTE-MECKLENBURG<br>HOSPITAL AUTHORITY, *et al,*<br>        Defendants. | ) ) ) ) ) ) ) ) ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion.

The hearing that is currently set for August 18, 2009 has been rescheduled for **Tuesday, August 25, 2009, at 10:30 a.m.** in Chambers.

**IT IS SO ORDERED.**

Signed: August 6, 2009

Graham C. Mullen
United States District Judge