IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV125-MU

| | |
|---|---|
| B. VITTAL SHENOY, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHARLOTTE-MECKLENBURG HOSPITAL ) | |
| AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon Defendants' Motions to Dismiss certain Counts of the Second Amended Complaint. A hearing was held in this matter on August 26, 2009. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Defendants' motions for partial dismissal are hereby GRANTED.

Signed: August 27, 2009

Graham C. Mullen
United States District Judge