IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-00125-GCM

| | |
|---|---|
| B. VITTAL SHENOY, M.D., ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| CHARLOTE-MECKLENBURG ) | |
| HOSPITAL AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court upon Defendants' Motion to Reconsider filed September 17, 2010. (Doc. 90)  On September 14, 2010, Plaintiff submitted a Motion for Extension of Time to Designate Expert Witnesses. (Doc. 89).  In that Motion, Plaintiff noted that the deadline for designation was September 15, 2010, and that Plaintiff had contacted Defendants requesting consent for the extension, but that Defendants had not responded.  This Court granted the motion on September 15, 2010.  Now Defendants object to the extension of time and cite several other scheduling and discovery disputes with Plaintiff in their Motion to Reconsider.

As it is now clear to the Court that these disputes have arisen, the parties are hereby ORDERED to appear for a status conference on September 28, 2010 at 2:00 PM in Courtroom 3 at the Charles R. Jonas Federal Building at 401 W. Trade Street, Charlotte, North Carolina 28202.

Therefore, the Motion for Reconsideration is DENIED.

SO ORDERED.

Signed: September 20, 2010

*Graham C. Mullen*

Graham C. Mullen
United States District Judge