IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV125

B. VITTAL SHENOY,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　　ORDER
　　　　　　　　　　　　　　　　　　　　)
THE CHARLOTTE-MECKLENBURG　　　　　　　)
HOSPITAL AUTHORITY, et *al.*,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　　　 )
_____)
_____)

　　　This matter is before the court upon the joint request of the parties for a modification of the Pretrial Order of February 19, 2010. The Pretrial Order is hereby amended as follows:
1. The Plaintiff's Expert reports are due October 29, 2010.
2. The Defendant's Expert reports are due December 10, 2010.
3. The discovery deadline is January 15, 2011 for fact witness depositions, and January 31, 2011 for expert depositions.
4. The motions deadline is March 3, 2011 for summary judgment motions.
5. Trial will be set for the July 2011 term of court.
　　　IT IS SO ORDERED.


　　　　　　　　　　　　　　　　　　　　　　Signed: December 2, 2010

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　　　　　　United States District Judge