IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-125-GCM

| | |
|---|---|
| B. VITTAL SHENOY,<br>    Plaintiff,<br>v.<br><br>CHARLOTTE-MECKLENBURG<br>HOSPITAL AUTHORITY,<br>d/b/a Carolinas Healthcare System,<br><br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **November 7, 2011.**

**IT IS SO ORDERED.**

Signed: May 16, 2011

Graham C. Mullen
United States District Judge