# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Civil Action No: 3:08-CV-00125-GCM

B. VITTAL SHENOY, M.D.,

    Plaintiff,

v.

CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a Carolinas Healthcare System, Mercy Health Services, Inc., Mercy Hospital, Inc., James E.S. Hynes, Michael C. Tarwater, Paul S. Franz, C. Curtis Copenhaver, William K. Brown, Dennis J. Phillips, Carolinas Pathology Group, P.A., Edward H. Lipford, M.D., Marie-Claire C. Marroum, M.D., Filmon M. Sexton, M.D. and Sanford P. Benjamin, M.D.,

    Defendants.

ORDER

**FOR GOOD CAUSE SHOWN,** and with Plaintiff's consent, the period within which Defendant The Charlotte-Mecklenburg Hospital Authority ("CMHA") must file and serve its Reply to Plaintiff's Consolidated Memorandum of Law Regarding Discovery Motions (Doc. 129) is extended by four (4) days, up to and including August 5, 2011.

Signed: August 5, 2011

Graham C. Mullen
United States District Judge