IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV125

| | |
|---|---|
| B. VITTAL SHENOY, M.D., ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARLOTTE-MECKLENBURG HOSPITAL ) <br> AUTHORITY, d/b/a CAROLINAS HEALTHCARE ) <br> SYSTEM, et al., ) <br> ) <br>     Defendants. ) <br> _____) | ORDER |

    This matter is before the court upon the Defendants' Motions for Summary Judgment (D.E. 145 and 148). Oral argument was held on these motions on May 9, 2012. For the reasons stated in open court,

    IT IS THEREFORE ORDERED that the Defendants' Motions for Summary Judgment are hereby GRANTED.

Signed: May 10, 2012

Graham C. Mullen
United States District Judge