# United States District Court
# For The Western District of North Carolina
# Asheville Division

B. Vital Shenoy, M.D.,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    3:08-cv-00125-GCM-DCK

Charlotte Mecklenburge Hospital Authority,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Stipulations filed (Doc #'s 53, 100, 137) and the Orders (Doc #'s 76, 194, 196)

                                       Signed: May 23, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court