IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:08-cv-00125-GCM

| | |
|---|---|
| B. VITTAL SHENOY, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, MERCY HEALTH SERVICES, INC., MERCY HOSPITAL INC., MICHAEL C. TARWATER, PAUL S. FRANZ, C. CURTIS COPENHAVER, WILLIAM K. BROWN, DENNIS J. PHILLIPS, JAMES E.S. HYNES, CAROLINAS PATHOLOGY GROUP, P.A., EDWARD H. LIPFORD, M.D., MARIE-CLAIRE C. MARROUM, M.D., FILMON M. SEXTON, M.D., AND SANFORD P. BENJAMIN, M.D., <br><br> Defendants. | ORDER |

This matter is before the Court on Plaintiff's Consent Motion to Modify the Consent Protective Order. Having considered the matter, the Court enters the following order.

**ORDER**

For good cause shown, Plaintiff's Consent Motion to Modify the Consent Protective Order to allow the parties to share with attorneys, who agree in writing to be bound by the terms of the Protective Order, information designated as "Confidential" and documents filed under seal to assist in the appeal of this matter is GRANTED.

Signed: June 21, 2012

Graham C. Mullen
United States District Judge

Case 3:08-cv-00125-GCM-DCK   Document 200   Filed 06/21/12   Page 1 of 1